IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| LAURA KRINSKY, on behalf of herself and all others similarly situated,<br><br>   Plaintiff,<br><br>vs.<br><br>MARRIOTT WORLDWIDE RESERVATION SERVICES, LLC,<br><br>   Defendant. | Case No. 1:22-cv-00363<br><br>Judge Charles E. Fleming<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Laura Krinsky hereby gives notice that she is dismissing this action in its entirety, without prejudice.

IT IS SO ORDERED.
s/Charles E. Fleming
United States District Judge
Dated: April 20, 2022

Respectfully submitted,

**NILGES DRAHER LLC**

/s/ Jeffrey J. Moyle
Jeffrey J. Moyle (0084854)
Robi J. Baishnab (0086195)
1360 E. 9th Street, Suite 808
Cleveland, Ohio 44114
Telephone: 216-230-2955
Facsimile: 330-754-1430
Email:  jmoyle@ohlaborlaw.com
     rbaishnab@ohlaborlaw.com

*Counsel for Plaintiff*